1  Scott E. Gizer, Esq., Nevada Bar No. 12216
   *sgizer@earlysullivan.com*
2  Sophia S. Lau, Esq., Nevada Bar No. 13365
   *slau@earlysullivan.com*
3  EARLY SULLIVAN WRIGHT
   GIZER & McRAE LLP
4  8716 Spanish Ridge Avenue, Suite 105
   Las Vegas, Nevada 89148
5  Telephone:  (702) 331-7593
   Facsimile:  (702) 331-1652
6
7  Kevin S. Sinclair, NV Bar No. 12277
   *ksinclair@sinclairbraun.com*
   SINCLAIR BRAUN LLP
8  16501 Ventura Blvd, Suite 400
   Encino, California 91436
9  Telephone:  (213) 429-6100
   Facsimile:  (213) 429-6101
10
11  Attorneys for Defendants
   CHICAGO TITLE INSURANCE COMPANY and CHICAGO
12 TITLE OF NEVADA, INC.

13  DESIGNATED LOCAL COUNSEL FOR SERVICE OF
   PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

14  Gary L. Compton, State Bar No. 1652
   2950 E. Flamingo Road, Suite L
15  Las Vegas, Nevada 89121

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WILMINGTON TRUST, NATIONAL ASSOCIATION,<br><br>                Plaintiff,<br><br>     vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC. et al.,<br><br>                Defendants. | Case No.: 2:21-CV-00406-JAD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT (ECF No. 1)**<br><br>**FIRST REQUEST** |

     COMES NOW defendants Chicago Title Insurance Company ("Chicago Title") and Chicago Title of Nevada, Inc. ("Chicago Agency") (collectively "Defendants") and plaintiff Wilmington Trust, National Association ("Wilmington"), by and through their respective attorneys of record, which hereby agree and stipulate as follows:



1
**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**

1. On March 10, 2021 Wilmington filed its complaint in the Eighth Judicial District Court for the State of Nevada;

2. On March 10, 2021, Chicago Title removed the instant case to the United States District Court for the State of Nevada (ECF No. 1);

3. Chicago Agency's response to Wilmington's complaint is currently due on April 14, 2021, while Chicago Title's response is due on April 16, 2021;

4. Counsel for Defendants request a 31-day extension for Chicago Title (33 days for Chicago Agency) through and including Monday, May 17, 2021 for Defendants to file their respective responses to Wilmington's complaint to afford Defendants' counsel additional time to review and respond to Wilmington's complaint.

5. Counsel for Wilmington does not oppose the requested extension;

6. This is the first request for an extension made by counsel for Defendants, which is made in good faith and not for the purposes of delay.

7. This stipulation is entered into without waiving any of Defendants' objections under Fed. R. Civ. P. 12.

//
//
//
//
//
//
//
//
//
//
//
//
//



**IT IS SO STIPULATED** that Defendants' respective deadlines to respond to the complaint are hereby extended through and including Monday, May 17, 2021.

Dated: April 11, 2021                    SINCLAIR BRAUN LLP

By:  */s/-Kevin S. Sinclair*
KEVIN S. SINCLAIR
Attorneys for Defendants
CHICAGO TITLE INSURANCE COMPANY, and CHICAGO TITLE OF NEVADA, INC.

Dated: April 11, 2021                    WRIGHT FINLAY & ZAK, LLP

By:  */s/-Darren T. Brenner*
DARREN T. BRENNER
Attorneys for Plaintiff
WILMINGTON TRUST, NATIONAL ASSOCIATION

**IT IS SO ORDERED.**

Dated this 13th day of April, 2021.

CAM FARENBACH
UNITED STATES MAGISTRATE JUDGE

