Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, Nevada Bar Number 12277
  *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Boulevard, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendant
CHICAGO TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILMINGTON TRUST, NATIONAL ASSOCIATION, AS SUCCESSOR TRUSTEE TO CITIBANK, N.A., AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II TRUST 2007-AR6, MORTGAGE PASS-THROUGH CERTIFIES SERIES 2007-AR5,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC., et al.,<br><br>Defendants. | Case No.: 2:21-cv-00406-JAD-VCF<br><br>**STIPULATION AND PROPOSED ORDER EXTENDING DEFENDANT CHICAGO TITLE INSURANCE COMPANY'S TIME TO RESPOND TO RENEWED MOTION FOR REMAND [ECF No. 17]**<br><br>**(First Request)**<br><br>ECF No. 20 |



Defendant Chicago Title Insurance Company ("Chicago Title") and Plaintiff Wilmington Trust, National Association ("Wilmington Trust") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On March 10, 2021, Wilmington Trust filed its Complaint in the Eighth Judicial District Court, Case No. A-21-830897-C [ECF No. 1-1];

2. On March 10, 2021, Chicago Title filed a Petition for Removal to this Court [ECF No. 1];

3. On April 9, 2021, Wilmington Trust filed a Motion for Remand [ECF No. 7] and Motion for Costs and Fees [ECF No. 8];

4. On April 22, 2021, the Court entered an order, pursuant to the Parties' stipulation, staying the case pending resolution of *Wells Fargo Bank, N.A. v. Fidelity National Title Ins. Co.* Ninth Cir. Case No. 19-17332 (the "*Wells Fargo II Appeal*").  Upon entry of the stay the Court denied as moot, all pending motions, including the Motion for Remand.  The Court further ordered that the Parties move to lift the stay and reactivate any previously filed motions within 30 days of the issuance of the mandate in the *Wells Fargo II Appeal* [ECF No. 19];

5. On December 29, 2021, Wilmington Trust filed a Renewed Motion for Remand;

6. Chicago Title's deadline to respond to Wilmington Trust's Renewed Motion for Remand is currently January 12, 2022;

7. Chicago Title's counsel is requesting an extension until February 3, 2022, to file its response to the pending Renewed Motion for Remand;

8. Chicago Title requests a brief extension of time to respond to the Motion for Remand to afford Chicago Title additional time to respond to the legal arguments set forth in Wilmington Trust's motions;

9. Wilmington Trust does not oppose the requested extension;

10. This is the first request for an extension which is made in good faith and not for purposes of delay;

/ / /



656926.1

1
**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO RENEWED MOTION FOR REMAND**

**IT IS SO STIPULATED** that Chicago Title's deadline to respond to Wilmington Trust's Motion for Remand [ECF No. 17] is hereby extended through and including February 3, 2022.

Dated: January 10, 2022

EARLY SULLIVAN WRIGHT
 GIZER & McRAE LLP

By: _/s/-- Sophia S. Lau_
SCOTT E. GIZER
SOPHIA S. LAU
Attorneys for Defendant CHICAGO TITLE INSURANCE COMPANY

Dated: January 10, 2022

SINCLAIR BRAUN LLP

By: _/s/-Kevin S. Sinclair_
KEVIN S. SINCLAIR
Attorneys for Defendant CHICAGO TITLE INSURANCE COMPANY

Dated: January 10, 2022

WRIGHT FINLAY & ZAK, LLP

By: _/s/-Lindsay D. Dragon_
LINDSAY D. DRAGON
Attorneys for Plaintiff WILMINGTON TRUST, NATIONAL ASSOCIATION

**IT IS SO ORDERED:**

Dated: 1-10-2022

By: _[signature]_
UNITED STATES DISTRICT COURT JUDGE

